No. 02–9481. TUCKER v. OHIO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 02–9505. GRAVES v. WORKERS' COMPENSATION APPEALS BOARD ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 02–9581. MCMAHON v. REBOUND CARE, DBA OPEN ARM CARE. C. A. 6th Cir. Certiorari denied.

No. 02–9756. TORRES v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 02–9859. DAVIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–9868. MOORE v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–9890. MILLER v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 02–9952. HINES v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–9963. BIERS v. UTAH ET AL. Sup. Ct. Utah. Certiorari denied.

No. 02–10049. TORRES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–10095. SEVERINO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–10096. RENDON-RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10108. HOLLEMAN v. COTTON, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.